UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DELFON BLAIR, | : | Case No. 1:22-cv-79 |
|    Plaintiff, | : | |
| | : | Judge Timothy S. Black |
| vs. | : | |
| | : | Magistrate Judge Chelsey M. Vascura |
| HAMILTON COUNTY | : | |
| COURTHOUSE, *et al.*, | : | |
|    Defendants. | : | |

**DECISION AND ENTRY
ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 3); AND
TERMINATING THIS CASE ON THE COURT'S DOCKET**

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Chelsey M. Vascura. Pursuant to such reference, the Magistrate Judge submitted a Report and Recommendation on March 25, 2022, recommending that this case be dismissed without prejudice and without assessment of the outstanding filing fee. (Doc. 3).[1] No objections were filed to the Report and Recommendation, and the time for doing so has now expired.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the relevant filings in this case. Upon consideration of the foregoing, the Court finds

---

[1] This Court issued an Order in *Blair v. Hamilton County Justice's Center*, No. 1:22-cv-77, deeming Plaintiff a vexatious litigant and, accordingly, imposing certain requirements upon any of Plaintiff's future filings. Thus, while the Court adopts this Report and Recommendation, and will dispose of this case without prejudice, any re-filing shall be subject to the prerequisites set forth in the Court's prior Order and reiterated herein.

that the Report and Recommendation should be and is hereby adopted in its entirety.

Accordingly:

1. The Report and Recommendation (Doc. 3) is **ADOPTED**;

2. The above-referenced civil action is hereby **DISMISSED without prejudice** and without assessment of the outstanding filing fee. Should Plaintiff re-file this civil action, he SHALL list this case, 1:22-cv-79, as a related case;

3. As Plaintiff Delfon Blair has been deemed a **VEXATIOUS** litigant, Plaintiff may not refile this or any other case, in this Court, without either: (a) submitting a certification from an attorney who is licensed to practice in this Court or the State of Ohio, stating there is a good faith basis for the claims Plaintiff seeks to assert; or (b) tendering a proposed complaint for review by this Court prior to filing to determine if there is a good faith basis for the claims Plaintiff seeks to assert;

4. The Clerk shall enter judgment accordingly, whereupon this case shall be **TERMINATED** on the docket of this Court; and

5. Pursuant to 28 U.S.C. § 1915(a), the Court certifies that an appeal of this Order would not be taken in good faith and, therefore, this Court **DENIES** Plaintiff leave to appeal *in forma pauperis*.

**IT IS SO ORDERED.**

Date:  7/5/2022                                       *s/Timothy S. Black*
                                                     Timothy S. Black
                                                     United States District Judge